UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
US DISTRICT COURT
INDIANAPOLIS DIVISION

02 AUG 22 PM 3:47

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Koor An Nur of Katie Mary Brown,
a/k/a Eric D. Holmes

      Plaintiff(s),

vs.

Cynthia Emkes
Jeffery Modisett
Faye Mowery
City of Indianapolis, Indiana
County of Marion
William Rommerill
Randall Shepard
Frank Sullivan, Jr.
Brent Dickson
Robert Rucker
Theodore Boehn
Myra Selby
Roger DeBruler
Rondle Anderson
Joie Davis
(Enter above the full name of the
Defendant(s) in this action.)

      Defendants.

IP 02-1317 C H/S

No. _____
(Supplied by Clerk)

# COMPLAINT

## I. PARTIES

The names and addresses of each plaintiff and defendant are the following:

**A. Plaintiff(s)**

  Name  Koor An Nur of Katie Mary Brown
      a/k/a Eric D. Holmes
  Identification Number  932132

  Address  P.O. Box 41

     Michigan City, IN 46361

1

Name _____N/A_____

Identification Number _____

Address _____

_____

Name _____N/A_____

Identification Number _____

Address _____

_____

Name _____N/A_____

Identification Number _____

Address _____

_____

B. Defendant(s)

    Name __Cynthia Emkes,__

    Title __Judge__

    Address __Franklin County Superior ~~Court~~__ #2
    __18 W. Jefferson__
    __Franklin, IN  46131__

    Name __Jeffrey Modisett__

    Title __(Former) Attorney General of Indiana__

    Address __523  24th Street__
    __Manhattan Beach, CA 90266-2206__

Name   Faye Mowery

Title   (Former) Clerk of the Court

Address   796 Whitley Court

Noblesville, IN   46060-7378

Name   William Rumple

Title   (Former) Deputy Chief, Marion Co. Jail

Address   618 East 37th Street

Indianapolis, IN   46205

Name   Randall T. Shepard

Title   Chief Justice Indiana Supreme Court

Address   Supreme Court of Indiana

Indianapolis, IN   46204

(Identify additional plaintiffs and defendants on a separate sheet of paper using this same outline)

II. STATEMENT OF JURISDICTION AND PREVIOUS LAWSUITS:

Jurisdiction over this action exists in the United States District Court for the Southern District of Indiana because Violations of civil rights and violations of the United States Constitution took place in the City of Indianapoli County of Marion, the State of Indiana.

DEFENDANTS:

Frank Sullivan, Jr.
Justice, Indiana Supreme Court
Supreme Court of Indiana
Indianapolis, IN  46204

Brent Dickson
Justice, Indiana Supreme court
Supreme Court of Indiana
Indianapolis, IN  46204

Robert Rucker
Justice, Indiana Supreme Court
Supreme Court of Indiana
Indianapolis, IN  46204

Theodore Boehn
Justice, Indiana Supreme Court
Supreme Court of Indiana
Indianapolis, IN  46204

Myra Selby
Justice, Indiana Supreme Court
Supreme Court of Indiana
Indianapolis, IN  46204

Roger DeBruler
Justice, Indiana Supreme Court
Supreme Court of Indiana
Indianapolis, IN 46204
--------------------------
Rondle Anderson
Superintendent, Indiana State Prison
P.O.Box 41
Michigan City, IN  46361

3A

Defendants:

Mark Martz - County Attorney
241 City-County Building
200 E. Washington Street
Indianapolis, Indiana 46204


Chief Counsel
2501 City-County Building
200 E. Washington Street
Indianapolis, Indiana 46204

If the same facts alleged or claims made in this suit have been previously presented to any other state or federal court in an earlier suit, for each such earlier suit identify the parties, the court in which it was filed, the docket number assigned to the suit, the status of such earlier suit (for example: pending, dismissed, set for trial, on appeal, etc.) and the nature of the disposition if the earlier case is closed.

N/A

## IV. CAUSE OF ACTION

State which of your constitutional or federal rights, privileges or immunities have been violated and summarize in one or two sentences <u>what the defendant(s) did to violate your rights in that regard</u>. If you are claiming that more than one of your constitutional rights was violated, use a separate paragraph (ground) for each right, privilege or immunity which was violated. If you have more than four (4) grounds, identify them in a separate attached piece of paper.

Ground 1: Illegal ex parte communication between judge and Attorney General, leading to illegal proceedings, violating Plaintiff's due process and equal protection rights.

Ground 2: Improper court records and notification of court decision caused false imprisonment under the supervision of Faye Mowery, Clerk of the Court, Marion County, Indianapolis, Indiana.

4

Ground 3: Obstruction of Justice by the court, Attorney General, court clerk and police department to properly litigate Plaintiff's case, which further impeded Plaintiff's access to the court and administration of justice.

Ground 4: Racial Discrimination

## V. STATEMENT OF FACTS

State here the FACTS of your case. You should outline both the facts on which your suit is based and the particular role of each named defendant in those circumstances.

On or about 11/16/91 Judge C. Emkes called Defense Attorney Baratz on 3 occasions, stating that prosecutor had dismissed charges. 8/5/92 prosecutor filed new charges, holding Plaintiff 263 days in jail with no charges. 8/7/92 new charges were read and was arrainged by Judge Ridgley, prosecutor Jones orally moved to dismiss charges. The motion was granted. Record supports that Emkes called Baratz, that she was advised by Atty. General, J. Modisett to reinstate previous charges or vacate motion to dismiss. 8/7/92 Prosecutor Jennings filed motion to withdraw previous motion to dismiss. The record is silent on granting denying motion. Judge Emkes ordered F. Mowery, court clerk to consolidate all pleadings and orders. This was not properly done, documents were lost or destroyed impeding access to the court. J. Davis impeded the administration of justice by offering perjured testimony in a capital case. W. Rommerill, held plaintiff in jail with a wait and see if he complains attitude. The Indiana Supreme Court Justices, Shepard, DeBruler Sullivan, Boehn, Dickson, Selby, and Rucker, blatantly disregarded the facts of exparte communication. That the judge did not seek legal advise from the atty. general. It is clear from the record that Modisett took special interest in the outcome by initiating the improper and illegal communication to dictate the decision of the judge. The dictation

6

to Judge Emkes caused Judge Ridgley to assume that there were pending charges in Emke's court. Emkes falsely stated that all parties agreed to the consolidated order. Emkes lacked jurisdiction to consolidate charges when in fact, there were no pending charges in front of Ridgley, they had previously been dismissed. R.Anderson, Superintendent of the State Prison is holding plaintiff illegally.

## VI. RELIEF

State exactly what relief or action you are requesting through this lawsuit.

All persons named in this complaint and found guilty of violating the Plaintiff's civil rights to receive appropriate punishment prescribed by law. To pay compensation for false imprisonment, punitive damages, financial loss, court costs, attorney fees and all other costs that arise from the proceedings, amount to be established. Person(s) charged with capital offense in the State of Indiana, be indicted only through Grand Jury, barring use of information sheet procedure and one person decision on death penalty prosecution.

## AFFIRMATION OF PLAINTIFF

I, the plaintiff in the aforementioned cause, do affirm that I have read all of the statements contained in the complaint and that I believe them to be, to the best of my personal knowledge, true and correct.

Signed this _16th_ day of _AUGUST 2002_,

_____
(Signature of Plaintiff)